# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| DAVID M. GRAY § <br> § <br> § <br> V. § <br> § <br> KAISER ALUMINUM FABRICATED § <br> PRODUCTS, LLC § | CASE NO. 4:11-cv-258 <br> (Judge Schneider/Judge Mazzant) |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 27, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Partial Dismissal Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Dkt. No. 24) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendant's Motion for Partial Dismissal Under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Dkt. No. 24) is **DENIED.**

**It is SO ORDERED.**

**SIGNED this 22nd day of February, 2012.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE